(80 South. 791)

Ex parte EDWARDS.*

BIRMINGHAM WATERWORKS CO. v. EDWARDS.

(6 Div. 878.)

(Supreme Court of Alabama. Feb. 13, 1919.)

CERTIORARI ⬤⇒42(1) — PROCEEDINGS — SUBMISSION OF BRIEF.

Where petition for certiorari to Court of Appeals is not accompanied by brief in support thereof, as required by Supreme Court amended rule 42 (198 Ala. xiv, 77 So. p. vii), it will be dismissed.

Certiorari to Court of Appeals.

Ex parte application for certiorari to the Court of Appeals in the case of the Birmingham Waterworks Company against A. M. Edwards. Petition dismissed.

Allen & Bell and Burgin & Jenkins, all of Birmingham, for appellant.

McCLELLAN, J. Amended rule 42, reproduced on page vii, 77 South.,[1] requires an application for certiorari to be accompanied by a brief "pointing out and arguing the point or decision sought to be revised and a certificate" to be attached to or embodied therein affirming that "a copy of said brief has been served on counsel" for the opposite party, if the adverse party was represented by counsel in the Court of Appeals. The petition for certiorari in the present instance is not accompanied by a brief in support thereof. Because of the failure to observe the stated rule, the petition for certiorari must be dismissed.

ANDERSON, C. J., and SAYRE and GARDNER, JJ., concur.

---

⬤⇒For other cases see same topic and KEY-NUMBER in all Key-Numbered Digests and Indexes

*Denying certiorari 16 Ala. App. 674, 81 South. 194.   [1] 198 Ala. xiv.